CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians and  )
Center for Biological Diversity  )
)
)
                  Plaintiff  )       Civil Action No._____
         vs                  )
                             )
Dirk Kempthorne, Secretary of the  )
Interior                     )
                             )
                  Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Forest Guardians_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley, Staff Attorney, Forest Guardians
Print Name

1536 Wynkoop Street, Suite 300
Address

Denver, CO 80202
City        State        Zip Code

720-563-9306
Phone Number