CO-386-online
10/03

# United States District Court
# For the District of Columbia

Forest Guardians and
Center for Biological Diversity

)
)
)
)
)                           Civil Action No._____
Plaintiff            )

vs

)
Dirk Kempthorne, Secretary of the          )
Interior                                   )
)
Defendant            )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  plaintiff                                    certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Center for Biological Diversity                which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

MD14062                                     Robert Ukeiley, Staff Attorney, Forest Guardians
BAR IDENTIFICATION NO.                      Print Name

1536 Wynkoop Street, Suite 300
Address

Denver, CO 80202
City            State            Zip Code

720-563-9306
Phone Number