AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Forest Guardians and Center for Biological
Diversity

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

CASE

Case: 1:08-cv-00011
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Paul Clement
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
Staff Attorney
Forest Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                JAN - 3 2008

CLERK                                                  DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1/23/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Margaret Elizabeth Foley | Student Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served by certified mail, return receipt requested per Fed. R. Civ. P. 4. Delivered to Attorney General's Office (Dept. of Justice) on 1/30/08, delivered to Sec. of Interior's office 1/29/08, delivered to US Attorney's office 1/29/08

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/08
             Date

*Signature of Server*

1969 S. Downing St Denver CO 80210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JAN 29 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0006 4235 1956

PS Form 3811, August 2    7005 1820 0006 4235 1956    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cugh    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Melissa Tyson                     1/29/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0006 4235 1949

PS Form 3811, August 200    7005 1820 0006 4235 1949    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Paul Clement
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JAN 30 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0006 4235 1925

PS Form 3811, August 20    7005 1820 0006 4235 1925    102595-01-M-2509