AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Forest Guardians and Center for Biological
Diversity

SUMMONS IN A CIVIL CASE

V.

Dirk Kempthorne, Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

CASE 1

Case: 1:08-cv-00011
Assigned To : Urbina, Ricardo M.
Assign. Date : 1/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Dirk Kempthorne, Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
Staff Attorney
Forest Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 3 2008
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/23/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Margaret Elizabeth Foley | Student Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

      Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): Service by certified mail, return receipt requested per Fed R. Civ. P. 4. Delivered to Attorney General's office on 1/30/08, delivered to Sec. of Interior's office 1/29/08, delivered to US Attorney's office 1/29/08

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/22/08
               Date

*Signature of Server*

1969 S. Downing St Denver, CO 80210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey A. Taylor
   United States Attorney's Office
   555 4th Street NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   JAN 30 2008
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0006 4235 1956

PS Form 3811, August    7005 1820 0006 4235 1956    102595-01-M-25

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dirk Kempthorne
   Secretary of the Interior
   1849 C Street, NW
   Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  M. _[signature]_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Melissa Tyson   1/29/08
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0006 4235 1949

PS Form 3811, August 200    7005 1820 0006 4235 1949    102595-01-M-2509

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General Paul Clement
   US Department of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   JAN 30 2008
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0006 4235 1925

PS Form 3811, August 20    7005 1820 0006 4235 1925    102595-01-M-2509