UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST GUARDIANS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Interior, )<br>   1849 C Street, NW )<br>   Washington, DC 20240 )<br>)<br>Defendant. )<br>_____) | Civil No. 08-11 (RMU) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, Dirk Kempthorne, in his official capacity as U.S. Secretary of the Interior, by and through his undersigned counsel, respectfully requests an extension of time to answer or otherwise plead until **April 14, 2008**. In support therefor, defendant states as follows:

1. Upon information and belief, Plaintiffs served their complaint in this case on the U.S. Attorney's Office on January 29, 2008. Accordingly, Defendant's answer or other responsive pleading would be due on March 31, 2008.

2. The parties have been engaged in settlement discussions, and there now appears to be a reasonable likelihood that this case may be settled through a stipulated settlement agreement. In order to allow Defendant to focus his efforts on settlement, and to allow time for any settlement to be completed, Defendant requests a two week extension of time to answer or otherwise plead -- until **April 14, 2008**.

3. Pursuant to LCvR 7(m), the parties have conferred over this motion, and Plaintiffs have indicated that they do not oppose this motion.

WHEREFORE, Defendant, Dirk Kempthorne, respectfully requests an extension of time to answer or otherwise plead until **April 14, 2008**.

Dated:  March 28, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

   s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Defendant