UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOREST GUARDIANS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 08-11 (RMU) |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) | |
| 1849 C Street, NW | ) | |
| Washington, DC 20240 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF ORDER
APPROVING A STIPULATED SETTLEMENT AGREEMENT**

Plaintiffs, Forest Guardians and Center for Biological Diversity, and Defendant, Dirk Kempthorne, in his official capacity as U.S. Secretary of the Interior, by and through their undersigned counsel, jointly move this Court for entry of an Order approving their Stipulated Settlement Agreement.  In support of this motion, the parties state as follows:

1.    The parties have negotiated a settlement agreement that would resolve all matters at issue in this case.  This Stipulated Settlement Agreement and Proposed Order has been filed on April 14, 2008, as Docket Entry No. 8 in this case.

2.    Upon approval of this Agreement by the Court, all counts of Plaintiffs' Complaint shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

WHEREFORE, the parties request that this Court enter an Order approving the Stipulated Settlement Agreement.

Dated:  April 15, 2008                    Respectfully submitted,

 s/ Robert Ukeiley (by J. Kim; w/ permission)
ROBERT UKEILEY (MD 14062)

Staff Attorney
Forest Guardians
1536 Wynkoop Street, Suite 300
Denver, CO  80202
Ph:  (720) 563-9306
Fax:  (866) 618-1017
rukeiley@fguardians.org

 s/ James Jay Tutchton (by J. Kim; w/ permission)
JAMES JAY TUTCHTON
Environmental Law Clinic
University of Denver, Sturm College of Law
2255 E. Evans Ave., Suite 365H
Denver, CO  80208
Ph: (303) 871-7870
Fax: (303) 871-6991
E-mail: jtutchton@law.du.edu

Attorneys for Plaintiffs


RONALD J. TENPAS
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Defendant